THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
The State, Respondent,
v.
William Kyle Fields, Appellant.

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-454
 Submitted October 1, 2010  Filed October
21, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  William
 Kyle Fields appeals his probation revocation, arguing the revocation hearing
 was so summary that his revocation should be reversed.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.